IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ciolino, Thomas S | Case Number: 04 B 45633 |
|---|---|---|
| | Ciolino, Sharon A | Judge: Wedoff, Eugene R |
| | Printed: 12/19/07 | Filed: 12/13/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: December 7, 2007
Confirmed: April 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 192,703.92 | |
| Secured: | | 126,636.90 |
| Unsecured: | | 15,065.01 |
| Priority: | | 35,070.20 |
| Administrative: | | 1,694.00 |
| Trustee Fee: | | 9,505.55 |
| Other Funds: | | 4,732.26 |
| Totals: | 192,703.92 | 192,703.92 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Scott J Kofkin | Administrative | 1,694.00 | 1,694.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 4. | Illinois Dept of Revenue | Secured | 0.00 | 0.00 |
| 5. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 6. | Select Portfolio Servicing | Secured | 10,821.68 | 10,125.00 |
| 7. | Ford Motor Credit Corporation | Secured | 28,998.04 | 28,998.04 |
| 8. | Ford Motor Credit Corporation | Secured | 28,846.37 | 28,846.37 |
| 9. | Ford Motor Credit Corporation | Secured | 16,507.61 | 16,507.61 |
| 10. | General Motors Acceptance Corp | Secured | 3,362.01 | 3,362.01 |
| 11. | Ford Motor Credit Corporation | Secured | 14,300.40 | 14,300.40 |
| 12. | North Shore Savings & Loan | Secured | 5,161.02 | 4,949.23 |
| 13. | Illinois Dept of Revenue | Secured | 2,335.31 | 300.17 |
| 14. | Internal Revenue Service | Secured | 19,248.07 | 19,248.07 |
| 15. | Internal Revenue Service | Priority | 31,570.45 | 31,570.45 |
| 16. | Illinois Dept of Revenue | Priority | 3,499.75 | 3,499.75 |
| 17. | Citibank USA | Unsecured | 1,192.30 | 1,192.30 |
| 18. | World Financial Network Nat'l | Unsecured | 917.14 | 917.14 |
| 19. | North Shore Savings & Loan | Unsecured | 489.94 | 0.00 |
| 20. | Elmhurst Memorial Hospital | Unsecured | 592.09 | 592.09 |
| 21. | Illinois Dept of Revenue | Unsecured | 647.55 | 647.55 |
| 22. | Internal Revenue Service | Unsecured | 10,167.97 | 10,167.97 |
| 23. | ECast Settlement Corp | Unsecured | 1,547.96 | 1,547.96 |
| 24. | The City Group | Secured | | No Claim Filed |
| 25. | Wal Mart Stores | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ciolino, Thomas S  
         Ciolino, Sharon A  
         Printed: 12/19/07

Case Number: 04 B 45633  
Judge: Wedoff, Eugene R  
Filed: 12/13/04

| | | | |
|---|---|---|---|
| 26. Capital One | Unsecured | | No Claim Filed |
| 27. Dell Financial Services, Inc | Unsecured | | No Claim Filed |
| 28. Dell Financial Services, Inc | Unsecured | | No Claim Filed |
| 29. Exxon Mobil | Unsecured | | No Claim Filed |

$ 181,899.66  $ 178,466.11

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 306.30 |
| 4% | 802.52 |
| 3% | 315.00 |
| 5.5% | 2,078.20 |
| 5% | 630.73 |
| 4.8% | 1,209.59 |
| 5.4% | 4,163.21 |
| | $ 9,505.55 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

